# Third District Court of Appeal
## State of Florida

Opinion filed September 6, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-807
Lower Tribunal No. 13-29724

————————

## Aquasol Condominium Association, Inc.,
Appellant,

vs.

## HSBC Bank USA, N.A., etc.,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

David J. Winker, P.A., and David Winker, for appellant.

DeLuca Law Group, PLLC, and Joseph G. Paggi III and Kimberly George (Fort Lauderdale), for appellee.

Before LOGUE, C.J., and HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.